McCARTHY, Appellant, v. SANO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1896.) Action by Charles McCarthy against Vincent F. Sano, Antonio Sano, and Robert J. Fish.

PER CURIAM. Whether or not the assignment in this case was fraudulent and void as

against creditors was a question of fact for the referee, which he has determined in favor of the defendants. The facts found by the referee are sufficient to sustain his conclusions of law, and, as there is no certificate that this case contains all the evidence, the findings of fact cannot be reviewed by this court; and it follows that the judgment must be affirmed, with costs.